## MILLER v. McKEAN ET AL.

[No. 5,840. Filed October 26, 1906.]

APPEAL AND ERROR.—*Final Judgment.*—*What is.*—A judgment in form: "It is therefore considered and adjudged by the court that the plaintiff pay the costs herein paid, laid out, and expended," is not final; and an appeal will not lie therefrom.

From Adams Circuit Court; *R. K. Erwin,* Judge.

Suit by Calvin Miller against George E. McKean and others. From a decree for defendants, plaintiff appeals. *Appeal dismissed.*

*A. P. Beatty* and *Merryman & Sutton,* for appellant.
*Shaffer Peterson* and *Smith & Moran,* for appellees.

BLACK, J.—The appellant sued to recover of the appellee George E. McKean contribution because of the payment by the appellant of certain alleged debts of these parties, and to set aside a conveyance of real estate made by said McKean to defraud his creditors. Upon the trial of issues

formed there was a general finding "for the defendants." The only judgment shown by the record was entered as follows: "It is therefore considered and adjudged by the court that the plaintiff pay the costs herein paid, laid out, and expended." This is not a final judgment from which an appeal will lie.

Appeal dismissed.